# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JAMESETTA MCFARLAND-LAWSON,
        Plaintiff,

v.                                     Case No. 16-CV-685

MARCIA FUDGE,
SECRETARY OF HOUSING AND
URBAN DEVELOPMENT
        Defendant.

## ORDER

Currently pending before the court is the plaintiff's motion for an extension of time. (ECF No. 181.) Having reviewed the motion the court finds good cause to grant the request. **IT IS THEREFORE ORDERED** that the motion is granted. McFarland-Lawson shall respond to the government's motion for summary judgment no later than **March 3, 2022.** The government may reply no later than **March 17, 2022**.

Dated at Milwaukee, Wisconsin this 28th day of January, 2022.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge